## First Department, July, 1935.

In the Matter of Proving the Last Will and Testament of MAX LIPPMAN, Deceased. ABRAHAM LIPPMAN, Contestant, Appellant, MAX KASSAN and Others, Infant Parties, by JOHN T. DOOLING, as Special Guardian, Appellants, GUARANTY TRUST COMPANY OF NEW YORK and Another, Proponents, Respondents, MARIE LIPPMAN, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondents, payable out of the estate. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [154 Misc. 915.]

In the Matter of Proving the Last Will and Testament of MAX LIPPMAN, Deceased. ABRAHAM LIPPMAN, Contestant, Appellant, MAX KASSAN and Others, Infant Parties, by JOHN T. DOOLING, as Special Guardian, Appellants, GUARANTY TRUST COMPANY OF NEW YORK and Another, Proponents, Respondents, MARIE LIPPMAN, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondents, payable out of the estate. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [155 Misc. 6.]

In the Matter of the General Assignment for the Benefit of Creditors of WOLFF INDUSTRIAL SERVICE, INC., Assignor, to HENRY D. SAYER and Another, Assignees, Respondents. HENRY BOYLE, Claimant, Respondent, WILLIAM F. CHATLOS, Creditor, Appellant, BARSKY, OLIVER & WOLFF, Copartners, etc., Creditors, Respondents.— Orders so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of WOLFF INDUSTRIAL SERVICE, INC., Assignor, to HENRY D. SAYER and Another, Assignees, Respondents. WILLIAM F. CHATLOS, Creditor, Appellant, Respondent, BARSKY, OLIVER & WOLFF, Copartners, etc., Creditors, Respondents, Appellants.— On appeal of William F. Chatlos, order modified by reducing the allowance to the attorney for the assignees to $5,000, and the allowance to the referee to $3,500, and as so modified affirmed (except in so far as said order is reversed on the appeal of Barsky, Oliver and Wolff), without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [See *ante*, p. 206; Id. p. 807.]

In the Matter of the Application of MAX COHEN for Reinstatement as a Member of the Bar.— Motion denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of MAX SCHECHT for Leave to Reapply for Admission to the Bar.— Motion denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of JACOB SOLOT, an Attorney.— Motion granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EDNA E. HOLLOWAY, Administratrix ad Prosequendum of ARCHIE HOLLOWAY, Deceased, v. CHARLES F. ADAMSON, Doing Business, etc., Impleaded with KINNEY MANUFACTURING COMPANY, a Corporation.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a